FRANK GUILIANO, Appellant, *v.* UNITED STATES GYPSUM COMPANY, Respondent.

ERNEST CAPONE, Appellant, *v.* UNITED STATES GYPSUM COMPANY, Respondent.

ANTONIO GEORGE, Appellant, *v.* UNITED STATES GYPSUM COMPANY, Respondent.

ANTONIO STORNELLI, Appellant, *v.* UNITED STATES GYPSUM COMPANY, Respondent.

Submitted January 6, 1941; decided January 16, 1941.

*William L. Clay* for motion.

*Everest A. Judd* opposed.

Motion dismissed, with ten dollars costs and necessary printing disbursements, on the ground the order is not final and the motion had not been made within the time fixed by section 591 of the Civil Practice Act.